IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GILLIS,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-195-bbc

MICHAEL MEISNER,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Nathan Gillis for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for lack of subject matter jurisdiction as an unauthorized second or successive habeas corpus application.

| /s/ | 5/15/2103 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |